141 So. 705

**J. R. WALDMAN v. GEORGIA CASUALTY COMPANY et al.**

**3 Div. 5.**

Supreme Court of Alabama.

April 14, 1932.

Rehearing Denied May 26, 1932.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for appellant.

Rushton, Crenshaw & Rushton, of Montgomery, for appellees.

BROWN, J.

The questions involved in this case are identical with those presented and discussed in R. B. Franklin v. Georgia Casualty Company et al., ante, p. 58, 141 So. 702, this day decided, and the decree of the circuit court from which this appeal is prosecuted is corrected so as to dismiss the bill without prejudice, and, as so corrected, will be affirmed.

Corrected and affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.